854

*Certiorari Granted.*

No. 53, Misc.   GRYGER *v.* BURKE, WARDEN; and
No. 55, Misc.   TOWNSEND *v.* BURKE, WARDEN.
Certiorari granted.   Petitioners *pro se.*   *John H. Maurer* for respondent.

*Certiorari Denied.*   (*See also No. 232, Misc., supra.*)

No. 474.   ORMONT, DOING BUSINESS AS ACME MEAT CO., *v.* CLARK, DIRECTOR OF THE DIVISION OF LIQUIDATION, DEPARTMENT OF COMMERCE.
Certiorari denied.   *William Katz* for petitioner.   *Solicitor General Perlman, Assistant Attorney General Quinn, Robert S. Erdahl* and *Josephine H. Klein* for respondent.